IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> $69,194.00 IN UNITED STATES CURRENCY, <br><br> Defendant, and <br><br> PAUL HUFFER, <br><br> Claimant. | 8:17CV432 <br><br> **ORDER** |

This matter is before the Court upon the parties' Settlement Stipulation ([Filing No. 27](#)). Following review, and upon the parties' request, the Settlement Stipulation is adopted and approved.

Accordingly,

**IT IS ORDERED:**

1. The parties' Settlement Stipulation pertaining to resolution of this case ([Filing No. 27](#)) is approved.

2. As directed by Court order ([Filing No. 6](#)), the United States published notice of its intent to dispose of Defendant property. A Declaration of Publication was filed on January 10, 2018 ([Filing No. 8](#)). The parties have advised that no other Claim or Answer has been filed in this case, other than by Paul Huffer.

3. Pursuant to the agreement of the parties, two thousand five hundred dollars ($2,500.00) of Defendant property shall be returned to Claimant, Paul Huffer. Payment shall be tendered to the trust account of the Claimant's attorney, Thomas M. Petersen.

4. The remaining Defendant property ($66,694.00), shall be forfeited to the United States, with all right, title and interest in or to such property held by any person or entity forever barred and foreclosed. The U.S. Customs and Border Protection shall dispose of said $66,694.00 in accordance with the law.

5. Plaintiff and Claimant shall pay their own costs and attorney's fees associated with this lawsuit.

6. On or before November 19, 2018, Claimant's counsel shall file a Receipt indicating receipt of the funds. Thereafter, the parties shall file a joint stipulation for dismissal.

Dated June 5, 2018.

**BY THE COURT:**

**s/ Susan M. Bazis**
**United States Magistrate Judge**