IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | |
| vs. | 8:17CV432 |
| $69,194.00 IN UNITED STATES CURRENCY, | **ORDER OF DISMISSAL** |
| Defendant. | |
| PAUL HUFFER, | |
| Claimant. | |

This matter is before the Court on the parties' Stipulation for Dismissal ([Filing No. 30](#)). The Court finds that this matter should be dismissed.

**IT IS ORDERED** that pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff's cause of action against the Defendant/Claimant is hereby dismissed in its entirety. The parties are responsible for their own costs and attorney fees.

DATED this 11th day of July, 2018.

**BY THE COURT:**

S/ Susan M. Bazis
United States Magistrate Judge